# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**JORDAN ROST,**

**Plaintiff,**

**v.** **Case No. 26-CV-109-SCD**

**COMMISSIONER OF SOCIAL SECURITY,**

**Defendant.**

## ORDER AWARDING FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT

Jordan Rost filed this action on January 21, 2026, seeking judicial review under the Social Security Act, 42 U.S.C. § 405(g), of the final decision of the Commissioner of Social Security denying her applications for Social Security benefits. ECF No. 1. The matter was reassigned to me after the parties consented to magistrate-judge jurisdiction under 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73(b). *See* ECF No. 8. On September 16, 2026, I issued an order approving the parties' stipulation to remand this matter for further proceedings pursuant to sentence four of § 405(g). *See* ECF No. 23. Judgment was entered the same day. *See* ECF No. 24. Thereafter, on October 15, 2026, the parties filed a stipulation pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, for attorney fees and expenses in the amount of $9,700. *See* ECF No. 25.

I find that the fees incurred are reasonable and compensable under § 2412. Accordingly, the parties' stipulation, ECF No. 25, is **APPROVED**. The plaintiff, Jordan Rost, is **AWARDED** attorney fees in the amount of $9,700.00 for attorney fees and expenses in full

satisfaction of any and all claims that may be payable to plaintiff in this matter under the Equal Access to Justice Act (EAJA). 28 U.S.C. § 2412.

Any fees paid belong to the plaintiff and not to her attorney and can be offset to satisfy pre-existing debt that the litigant owes the United States under *Astrue v. Ratliff*, 130 S. Ct. 2521 (2010). If the Commissioner verifies that the plaintiff does not owe a pre-existing debt to the government subject to the offset, the Commissioner shall direct that the award be made payable to Dana Duncan pursuant to the EAJA assignment duly signed by the plaintiff. If payment is mailed, as compared to electronically deposited, it shall be mailed to counsel's address of record: 555 Birch St., P.O. Box 217, Nekoosa, WI 54457.

**SO ORDERED** this 26th day of October 2026.

STEPHEN C. DRIES
United States Magistrate Judge